UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIN CARROLL, | : |
| Plaintiff, | : |
| v. | : No. 5:17-cv-01826 |
| SECURITY FINANCIAL SOLUTIONS, LLC, | : |
| Defendant. | : |

**O R D E R**

**AND NOW**, this 27th day of September, 2017, upon consideration of Plaintiff's Motion for Default Judgment Against Defendant Security Financial Solutions, LLC, ECF No. 6, it is **ORDERED** that:

1. Judgment is **ENTERED** against the Defendant and in favor of the Plaintiff in the total amount of $5,191.50, which includes:

    a. Statutory damages of $1,000.00.[1]
    b. Attorneys' fees in the amount of $3,647.50 plus costs in the amount of $544.00. This Court finds these amounts to be reasonable.

2. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Plaintiff's request for damages is not for a sum certain; the Fair Debt Collection Practices Act permits statutory damages "not exceeding $1,000" and "the costs of the action, together with a reasonable attorney's fee as determined by the court." 15 U.S.C. § 1692k(a)(2)-(3). Thus, the Court has discretion to award damages between $0 and $1,000 under Federal Rule of Civil Procedure 55(b)(2). *See e.g., Butler v. Experian Info. Sols.*, No. CV 14-07346, 2016 WL 4699702, at *1 n.2 (E.D. Pa. Sept. 7, 2016) (awarding $1,000 in statutory damages at discretion of court); *Martin v. Nat'l Check Recovery Servs., LLC*, No. 1:12-CV-1230, 2016 WL 3670849, at *1–2 (M.D. Pa. July 11, 2016)(awarding $1,000 in statutory damages without a hearing).